AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

<u>SOUTHERN</u>        DISTRICT OF        <u>TEXAS</u>

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

**Ramon GUTIERREZ-Acuna**

**Case Number: 7:19-po- 0137**

**YOB: 1981**
**POB:   Mexico**
Name and Address of Defendant

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____**October 8, 2018**_____ in _____**Starr**_____ County, in the _____**Southern**_____ District of _____**Texas**_____ defendant(s) did,
*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title _____**8**_____ United States Code, Section(s) _____**1325 (a) (1)**_____

I further state that I am a(n) _____**Deportation Officer**_____ and that this complaint is based on the following facts:

**On May 4, 2019, Ramon GUTIERREZ-Acuna was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on May 6, 2019. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about October 8, 2018 by wading the Rio Grande River at or near Roma, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:        ☐ Yes        ☒ No

Sworn to before me and subscribed in my presence,

**/s/        Maurice Sanchez**
Printed Name of Complainant

**May 7, 2019**                                          at        **McAllen, Texas**
Date                                                                   City and State

**Peter E. Ormsby, U.S. Magistrate Judge**
Name and Title of Judicial Officer                            Signature of Judicial Officer